```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 08 B 00117
   JOSE AQUILAR
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-0700


-----------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 01/04/2008 and was not confirmed.

     The case was dismissed without confirmation 02/28/2008.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-----------------------------------------------------------------------------
US BANK NATIONAL         NOTICE ONLY    NOT FILED            .00           .00
AMERICAS SERVICING COMPA CURRENT MORTG       .00             .00           .00
AMERICAS SERVICING COMPA SECURED NOT I  37714.32             .00           .00
PRO SE DEBTOR            DEBTOR ATTY        .00                            .00
TOM VAUGHN               TRUSTEE                                           .00
DEBTOR REFUND            REFUND                                            .00

        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                                .00

PRIORITY                                                     .00
SECURED                                                      .00
UNSECURED                                                    .00
ADMINISTRATIVE                                               .00
TRUSTEE COMPENSATION                                         .00
DEBTOR REFUND                                                .00
                                 ---------------        ---------------
TOTALS                                 .00                   .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                      /s/ Tom Vaughn
     Dated: 05/23/08                  _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE
```